Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
Jason A. James (Bar No. 265129)
jjames@mmhlllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ESPINOZA,<br><br>Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Case No. CV 11-4014 PJH<br><br>**STIPULATION TO EXTEND TIME FOR THE PRUDENTIAL INSURANCE COMPANY OF AMERICA TO RESPOND TO INITIAL COMPLAINT [L.R. 6-1]**<br><br>Complaint Served: August 23, 2011<br>Current Resp. Date: September 13, 2011<br>New Resp.: October 13, 2011<br><br>Complaint Filed: August 16, 2011 |

WHEREAS, Plaintiff RICHARD ESPINOZA ("Plaintiff") served upon defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential") the Complaint in this action on August 23, 2011;

WHEREAS, a responsive pleading to the Complaint must be filed and served on behalf of Prudential by September 13, 2011;

WHEREAS, for good cause and pursuant to Local Rule 6-1 of the United States District Court for the Northern District, the parties wish to extend the time within which a responsive pleading to the Complaint must be filed and served by Prudential by thirty-days to October 13, 2011;

IT IS HEREBY STIPULATED by and between Plaintiff and Prudential, by and through their respective attorneys of record, that the time within which a responsive pleading to Plaintiff's Complaint must be filed and served by Prudential is extended by thirty-days to October 13, 2011.

IT IS SO STIPULATED.

Dated: September 9, 2011     KANTOR & KANTOR, LLP
Peter S. Sessions

By: *//s/Peter S. Sessions*
    Peter S. Sessions
    Attorneys for Plaintiff
    RICHARD ESPINOZA

Dated: September 9, 2011     Linda M. Lawson
Jason A. James
MESERVE, MUMPER & HUGHES LLP

By: *//s/Jason A. James*
    Jason A. James
    Attorneys for Defendant
    THE PRUDENTIAL INSURANCE
    COMPANY OF AMERICA

IT IS SO ORDERED.

Dated: September 13, 2011

_____
Hon. Phyllis J. Hamilton
Judge, United States District Court

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*