Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
Jason A. James (Bar No. 265129)
jjames@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ESPINOZA,<br><br>    Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Case No. CV 11-4014 PJH<br><br>**STIPULATION TO EXTEND TIME FOR THE PRUDENTIAL INSURANCE COMPANY OF AMERICA TO RESPOND TO INITIAL COMPLAINT [L.R. 6-1]**<br><br>Complaint Served:  August 23, 2011<br>Current Resp. Date:  September 13, 2011<br>New Resp.:  October 13, 2011<br><br>Complaint Filed:  August 16, 2011 |

WHEREAS, Plaintiff RICHARD ESPINOZA ("Plaintiff") served upon defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential") the Complaint in this action on August 23, 2011;

WHEREAS, a responsive pleading to the Complaint must be filed and served on behalf of Prudential by September 13, 2011;

WHEREAS, for good cause and pursuant to Local Rule 6-1 of the United States District Court for the Northern District, the parties wish to extend the time within which a responsive pleading to the Complaint must be filed and served by Prudential by thirty-days to October 13, 2011;

1    IT IS HEREBY STIPULATED by and between Plaintiff and Prudential, by
2 and through their respective attorneys of record, that the time within which a
3 responsive pleading to Plaintiff's Complaint must be filed and served by Prudential
4 is extended by thirty-days to October 13, 2011.

5    IT IS SO STIPULATED.

7 Dated: September 9, 2011         KANTOR & KANTOR, LLP
                                   Peter S. Sessions

10                                 By: *//s/Peter S. Sessions*
                                       Peter S. Sessions
11                                     Attorneys for Plaintiff
                                       RICHARD ESPINOZA

14 Dated: September 9, 2011         Linda M. Lawson
                                    Jason A. James
15                                  MESERVE, MUMPER & HUGHES LLP

17                                 By: *//s/Jason A. James*
                                       Jason A. James
18                                     Attorneys for Defendant
                                       THE PRUDENTIAL INSURANCE
19                                     COMPANY OF AMERICA

23    IT IS SO ORDERED.

25 Dated: September  13  , 2011
                                   _____
26                                 Hon. Phyllis J. Hamilton
                                   Judge, United States District Court

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

121029.1

2    STIPULATION TO EXTEND TIME TO
     RESPOND TO INITIAL COMPLAINT