**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD ESPINOZA,<br><br>          Plaintiff,<br><br>     vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>          Defendant. | Case No. CV 11-4014 PJH<br><br>**ORDER UPON STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Served:  August 23, 2011 |

The Court, having reviewed the Stipulation to Continue Case Management Conference ("Stipulation") between plaintiff RICHARD ESPINOZA and Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, finds that good cause exists to enter an order approving said Stipulation.

Accordingly,

IT IS HEREBY ORDERED AS FOLLOWS:

The Case Management Conference currently set for December 1, 2011 is continued to ~~December 8, 2011~~ January 5, 2012 at 2:00 p.m.

Dated: November __29__, 2011

_____
Hon. Phyllis J. Hamilton
Judge, United States District Court

IT IS SO ORDERED

Judge Phyllis J. Hamilton

ORDER UPON STIPULATION TO CONTINUE SCHEDULING CONFERENCE

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

0.0