UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD ESPINOZA,

    Plaintiff(s),                               No. C 11-4014 PJH

    v.                                            **ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE**

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Defendant(s).
_____/

    One or more of the parties has requested to appear telephonically at the Case Management Conference ("CMC") scheduled for **January 5, 2012, at, 2:00 p.m**. The courtroom is not equipped for telephonic appearances, but the court will conduct a conference in chambers with **all** parties appearing telephonically before the regular CMC calendar. The conference will occur on **January 5, 2012 at 12:30 p.m.** The party/attorney requesting a telephonic appearance shall initiate the call to all parties and to the court at (510) 637-1291.

    IT IS SO ORDERED.

Dated: December 21, 2011

                                                        _____
                                                        PHYLLIS J. HAMILTON
                                                        United States District Judge