UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD ESPINOZA,

        Plaintiff(s),                              No. C 11-4014 PJH

   v.                                         **ORDER OF DISMISSAL**

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

        Defendant(s).
_____/

    Plaintiff, by his counsel, having advised the court that the parties have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within sixty (60), with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

    If no certification is filed, after passage of sixty (60) days, the dismissal shall be **with** prejudice. The parties may also substitute their own stipulation for dismissal with prejudice before expiration of the sixty day period.

    IT IS SO ORDERED.

Dated: June 27, 2012

                                                          _____
                                                          PHYLLIS J. HAMILTON
                                                          United States District Judge